1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
8

# DISTRICT OF NEVADA

9
10
11
12
13
14

| | |
|---|---|
| TIFFANY LUNA (an individual),<br><br>Plaintiff,<br><br>vs.<br><br>SPIRIT AIRLINES, a foreign corporation,<br><br>Defendant. | Case No. 2:24-cv-0572-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

15
16
17
18
19

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this litigation respectfully request that the Court approve this Stipulation seeking dismissal of this civil action with prejudice.  The parties have reached an amicable resolution of this dispute.  Subject to the Court's approval, the parties further stipulate that dismissal

20
21
22
23
24
25
26
27
28

.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .

1

shall require each party to bear its own fees, costs and expenses and that no party to this stipulation shall be deemed a prevailing party.

Respectfully submitted,

/s/ *Ethan D. Thomas*                                    /s/ *Paul S. Padda*
_____                        _____
Ethan D. Thomas, Esq.                                Paul S. Padda, Esq.
Emil Kim, Esq.                                            PAUL PADDA LAW
Assistant United States Attorney               4560 South Decatur Blvd., #300
LITTLER MENDELSON, P.C.                    Las Vegas, Nevada  89103
3960 Howard Hughes Parkway,                 Tele: (702) 366-1888
Suite 300
Las Vegas, Nevada  89169                         Counsel for Plaintiff
Tele: (702) 862-8800

Counsel for Defendant

Dated:  October 7, 2024                              Dated:  October 7, 2024

**IT IS SO ORDERED:**

The Court hereby approves the parties' Stipulation seeking dismissal (with prejudice) of this civil action.  This matter is hereby dismissed (with prejudice) with each party to bear its own fees, costs and other expenses.

_____
Anne R. Traum
United States District Judge

DATED: <u>October 10, 2024.</u>